IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONNECT AMERICA HOLDINGS, LLC,** | : | **CIVIL ACTION** |
| **CONNECTAMERICA.COM, LLC and** | : | |
| **KENNETH GROSS** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ARCH INSURANCE COMPANY** | : | **No. 14-4784** |

### ORDER

**NOW**, this 31st day of March, 2016, upon consideration of Defendant Arch Insurance Company's Motion to Exclude the Opinions of Bernd G. Heinze Pursuant to *Daubert v. Merrell Dow* (Document No. 45), the plaintiffs' response, and after a hearing, it is **ORDERED** that the motion is **GRANTED** to the extent that it seeks to preclude Mr. Heinze from testifying at the trial on the coverage issue.[1]


      /s/Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.

---

[1] The proposed expert's testimony relates to the defendant's claims handling and treatment of its insureds. It is relevant to the bad faith claim asserted by the plaintiffs, not to whether there is coverage. We shall address the expert's proffered testimony regarding bad faith upon conclusion of the coverage trial.